IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY STEVENS, | CASE NO. CV F 11-1870 LJO |
| Plaintiff, | **ORDER TO SET BRIEFING SCHEDULE** |
| vs. | |
| VICENTE RANDY BERNABE, | |
| Defendant. | |

Plaintiff filed his/her motion to withdraw bankruptcy reference without setting a hearing date. As such, this Court SETS a briefing schedule and ORDERS:

1. Defendant, no later than December 1, 2011, to file and serve papers to oppose or respond to plaintiff's motion to withdraw bankruptcy reference; and

2. Plaintiff, no later than December 8, 2011, to file and serve reply papers.[1]

Pursuant to its practice, this Court will consider plaintiff's motion to withdraw bankruptcy reference on the record without a hearing, unless otherwise ordered.

Due to having the heaviest district court caseload in the nation, limited Court resources, and the need to prioritize criminal and older civil matters over newly filed actions, this Court ADMONISHES the parties to consent to the conduct of all further proceedings by a U.S. Magistrate Judge. This Court

---

[1] This Court limits opposition points and authorities to 25 pages and reply points and authorities to 10 pages.

1

1 has far more U.S. Magistrate Judges than U.S. District Court Judges, who carry far heavier caseloads
2 than U.S. Magistrate Judges, who have greater flexibility and time to devote to civil matters.  Without
3 such consent, this Court is unable to commit to address this action to meet the parties' needs and
4 expectations.  As such, this Court ORDERS the parties, no later than November 18, 2011, to file papers
5 to indicate whether they consent to the conduct of all further proceedings by a U.S. Magistrate Judge.
6 A consent form is available on the Court's website www.caed.uscourts.gov by checking the Clerk's
7 Office link or by telephoning the Clerk's Office at (559) 499-5600 or (559) 499-5601.

IT IS SO ORDERED.

**Dated:   November 14, 2011**                     **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE

2