IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY STEVENS,<br><br>              Plaintiff,<br><br>     vs.<br><br>VICENTE RANDY BERNABE,<br><br>              Defendant.<br>                                                           / | CASE NO. CV F 11-1870 LJO<br><br>**ORDER TO VACATE BRIEFING SCHEDULE**<br>(Doc. 4.) |

Based on the parties' stipulation, this Court:

1. VACATES the briefing schedule on plaintiff's motion to withdraw bankruptcy reference;

2. ORDERS the parties, starting on March 1, 2012 and every 120 days thereafter (or earlier as necessary), to file reports to address the status of plaintiff's claims, progress toward their resolution, and the need to reset the briefing schedule for plaintiff's motion to withdraw bankruptcy reference;

3. FINDS that plaintiff shall not be prejudiced by this Court's delay to rule on her motion to withdraw bankruptcy reference; and

4. DIRECTS the clerk to term plaintiff's motion to withdraw bankruptcy reference (doc. 1) and not to close this action. This Court's docket administration prevents it to hold a motion in abeyance for an indefinite time period.

IT IS SO ORDERED.

**Dated:    November 29, 2011           /s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE