IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY STEVENS,<br><br>         Plaintiff,<br><br>    vs.<br><br>VICENTE RANDY BERNABE,<br><br>         Defendant.<br>_____/ | CASE NO. CV F 11-1870 LJO<br><br>**ORDER TO CLOSE ACTION**<br>(Doc. 15.) |

Given plaintiff's withdrawal of plaintiff's motion to withdraw bankruptcy reference, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 31, 2013**          /s/  **Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

1