# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY STEVENS, | CASE NO. CV F 11-1870 LJO |
| Plaintiff, | **ORDER TO CLOSE ACTION**<br>(Doc. 15.) |
| vs. | |
| VICENTE RANDY BERNABE, | |
| Defendant. | |

Given plaintiff's withdrawal of plaintiff's motion to withdraw bankruptcy reference, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 31, 2013**            /s/  Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1